[No. 51456-3-I. Division One. May 10, 2004.]

*In the Matter of the Marriage of* ROBERT RAISIG, JR., *Appellant*, and CAROLYN RAISIG, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 97-3-03768-2, Bruce W. Hilyer, J., entered October 15, 18, and 31, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51708-2-I. Division One. May 10, 2004.]

NADIA HINKSON-IRIZARRY, *Individually and as Personal Representative*, ET AL., *Appellants*, v. CHILDREN'S HOSPITAL AND REGIONAL MEDICAL CENTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-17075-9, Gregory P. Canova, J., entered September 13, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kennedy, J., concurred in by Becker and Appelwick, JJ.

[No. 51728-7-I. Division One. May 10, 2004.]

STACI SEWELL, ET AL., *Appellants*, v. KING COUNTY HOSPITAL DISTRICT No. 2, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-19515-8, Bruce W. Hilyer, J., entered November 8, 2002. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker and Kennedy, JJ.

[No. 51742-2-I. Division One. May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY DONELL WARREN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04252-6, Steven C. Gonzalez, J., entered January 13, 2003. *Affirmed* by unpublished per curiam opinion.